IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **14-cv-1102-AP**

**MELISSA M. HAWKINS,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

---

**ORDER GRANTING MOTION FOR REMAND
UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)**

---

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand (Doc. 15).  The Motion is **GRANTED**.

This social security appeal is remanded to the agency for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated:  October 28, 2014.

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          SENIOR U.S. DISTRICT JUDGE