IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **14-cv-1102-AP**

**MELISSA M. HAWKINS,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

# ORDER

Kane, J.

The Stipulation [Motion] to Attorney Fees Under the Equal Access to Justice Act, (doc. #20), filed January 15, 2015, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff , through counsel, reasonable attorney fees and expenses in the amount of **$2550.56**.

Dated at Denver, Colorado, this 16th day of January, 2014.

                          BY THE COURT:

                          *s/John L. Kane*
                          JOHN L. KANE, SENIOR JUDGE
                          UNITED STATES DISTRICT COURT